GORDON SILVER
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorney for Defendant
CALWAY WILLIAM CAULEY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CALWAY WILLIAM CAULEY,<br><br>Defendant. | CASE NO. 2:08-cr-00288 PMP(RJJ) |

### DEFENDANT CALWAY WILLIAM CAULEY'S EX-PARTE MOTION FOR ORDER DIRECTING THE U.S. MARSHAL TO ARRANGE TRANSPORTATION TO HEARING

COMES NOW, Defendant, CALWAY WILLIAM CAULEY, by and through counsel, PAOLA M. ARMENI, ESQ., of the law firm of GORDON SILVER, and hereby moves this Honorable Court for an order directing the United States Marshal to arrange for Mr. Cauley's noncustodial transportation from Los Angeles, California to Las Vegas, Nevada on or before August 3, 2010 at the hour of 10:00 a.m. for the purpose of appearing before the Honorable Philip M. Pro for sentencing.

…

…

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101964-001/952984

1 of 4

This request is limited to payment of one-way transportation to the above-referenced court appearance only.

Dated this 26th day of July 2010.

GORDON SILVER

PAOLA M. ARMENI
Nevada Bar No. 8357
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorney for Defendant
CALWAY WILLIAM CAULEY

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES

Upon the Ex-Parte Motion of Calway William Cauley, 18 U.S.C. § 4285 provides that any United States judge or magistrate may direct the United States Marshal to arrange for the payment of the subsistence and travel expenses of a defendant who has been released on bail and who is obligated to make a subsequent appearance in any United States court when the interests of justice would be served thereby and the judge or magistrate is satisfied that the defendant is financially unable to provide the necessary transportation to appear in Court.

Mr. Cauley is in his late 60's and is currently retired. As such, the only income that he receives is through social security. Mr. Cauley has also informed counsel that he does not have any funds in a bank account or otherwise. Because of his lack of funds, Mr. Cauley will be unable to travel from his home in Los Angeles, California to Las Vegas, Nevada unless this Honorable Court directs the United States Marshal to pay his necessary travel and subsistence expenses.

It has been determined by this Court that Mr. Cauley qualifies for the appointment of counsel pursuant to 18 U.S.C. 3006A.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101964-001/952984

2 of 4

Pursuant to the District Court's Memorandum Order dated January 22, 1986, the following representations are made: (1) that the United States Attorney's Office has not been provided a copy of this motion; and (2) that this matter is not the proper subject of a stipulation.

DATED this 26th day of July 2010.

Respectfully submitted,

GORDON SILVER

/s/ Paola M. Armeni
PAOLA M. ARMENI
Nevada Bar No. 8357
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorney for Defendant
CALWAY WILLIAM CAULEY

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101964-001/952984

3 of 4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | CASE NO. 2:08-cr-00288 PMP(RJJ) |
|---|---|
| Plaintiff, | |
| vs. | |
| CALWAY WILLIAM CAULEY | |
| Defendant. | |

### EX-PARTE ORDER DIRECTING U.S. MARSHAL TO ARRANGE TRANSPORTATION TO HEARING

Having reviewed the Defendant, Calway William Cauley's Ex Parte Motion for Order Directing the U.S. Marshal to Arrange Transportation to Hearing, and good cause appearing therefor:

IT IS HEREBY ORDERED that the United States Marshal shall arrange one-way transportation for defendant, Calway William Cauley, to travel from Los Angeles, California to Las Vegas, Nevada on or before August 3, 2010 at the hour of 10:00 a.m. for the purpose of appearing before the Honorable Philip M. Pro for sentencing.

This order is limited to payment of one-way transportation to the above-referenced court appearance only.

Dated this ___ 27th day of July, 2010.

_____
PHILIP M. PRO
United States District Court Judge

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101964-001/952984

4 of 4