# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08-CR-00288-PMP-RJJ |
| vs. | ) | **ORDER** |
| CALWAY WILLIAM CAULEY, | ) | |
| Defendant. | ) | |

**IT IS ORDERED that** Plaintiff United States of America's Motion to Reconsider this Court's Denial of the Order of Forfeiture (Doc. #324), filed on August 12, 2010 is **DENIED** without prejudice to renew following resolution of the Appeal pending before the Ninth Circuit Court of Appeal.

DATED: September 20, 2010.

_____
PHILIP M. PRO
United States District Judge