**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-288-PMP-(RJJ) |
| ) | |
| CALWAY WILLIAM CAULEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on March 2, 2012, that CALWAY WILLIAM CAULEY shall pay a criminal forfeiture money judgment of $763,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Order of Forfeiture, ECF No. 242.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CALWAY WILLIAM CAULEY a criminal forfeiture money judgment in the amount of $763,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section (2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this __ 10th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

3